AUGUST 26, 1988

No. 87–7346.  VASQUEZ v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari dismissed under this Court's Rule 53.